No. 86–6500. DAVIS *v.* UNITED STATES;
No. 86–6522. RANSOM *v.* UNITED STATES;

No. 86–6530.  DAVIS *v.* UNITED STATES; and

No. 86–6792.  DAVIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.